## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____ **05 - CV - 01831-**OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 1 2005

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

KENNETH RAINGE EL,

      Plaintiff,

v.

CHRISTINE MOSCHETTI, and
JOE STOMMEL,

      Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint.  The court has determined that

the documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   \_\_     is not submitted
(2)   \_\_     is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing (Account statement submitted is
               not current.)
(4)   \_\_     is missing required financial information

(5)  __  is missing an original signature by the prisoner
(6)  __  is not on proper form (must use the court's current form)
(7)  __  names in caption do not match names in caption of complaint, petition or
         habeas application
(8)  __  An original and a copy have not been received by the court.
         Only an original has been received.
(9)  __  other _____

**Complaint, Petition or Application**:
(10)  __  is not submitted
(11)  __  is not on proper form (must use the court's current form)
(12)  __  is missing an original signature by the prisoner
(13)  __  is missing page nos. ___
(14)  __  uses et al. instead of listing all parties in caption
(15)  __  An original and a copy have not been received by the court.  Only an
         original has been received.
(16)  __  Sufficient copies to serve each defendant/respondent have not been
         received by the court.
(17)  __  names in caption do not match names in text
(18)  __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the

2

complaint and the action will be dismissed without further notice.  The dismissal shall

be without prejudice.

DATED at Denver, Colorado, this _21_ day of _September_, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 01831 —OES

Kenneth Rainge El
Prisoner No. 87243
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on_____9.21.05___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk