IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, and
JOE STOMMEL,
    Defendants.

ORDER

    This civil action comes before the court on: (1) Rainge El's "Motion to Amend Prisoner's Complaint" (filed November 9, 2005) (doc. # 9); and (2) Rainge El's "Motion for Subpoena of CDOC Documentary" (filed November 8, 2005 (doc. # 10). Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11) and the memoranda dated November 10, 2005 (docs. # 12 and # 13), the motions were referred to the Magistrate Judge. The court has reviewed the motions, the entire case file, and the applicable law and is sufficiently advised in the premises.

    First, a "party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. . . ." Fed. R. Civ. P. 15(a). Here, no responsive pleading has yet been filed. *See* Fed. R. Civ. P. 7(a). However, the court may deny a motion to amend a complaint for failure to submit the proposed amendment. *See Zaidi v. Ehrlich*, 732 F.2d 1218, 1220 (5th Cir. 1984) (district court should have held motion to amend in abeyance pending submission of plaintiff's proposed amendment); *Bownes*

*v. City of Gary, Indiana*, 112 F.R.D. 424, 425 (N.D. Ind. 1986) ("common sense" dictates that a party seeking leave to amend should accompany his motion with a copy of the proposed amended complaint); *Williams v. Wilkerson*, 90 F.R.D. 168, 170 (E.D. Va. 1981) (where plaintiff sought leave to amend, a copy of the proposed amended pleading must be attached to the motion). While Rainge El has described what he wishes to add to his Complaint, he has not attached a copy of a complete proposed Amended Complaint.

Second, Rainge El seeks a subpoena for documents allegedly in the possession of the Colorado Department of Corrections. Rainge El's request is premature. The court will address the issuing of subpoenas at a later time in the case, as necessary.

Accordingly, IT IS ORDERED that:

1. Range El's "Motion to Amend Prisoner's Complaint" (filed November 9, 2005) (doc. # 9) is DENIED without prejudice, with leave for Rainge El to submit a complete proposed Amended Complaint.

2. Range El's "Motion for Subpoena of CDOC Documentary" (filed November 8, 2005 (doc. # 10) is DENIED as premature.

DATED at Denver, Colorado this 10th day of November, 2005.

                                                            BY THE COURT:

                                                            s/Craig B. Shaffer
                                                           Craig B. Shaffer
                                                           United States Magistrate Judge