IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,

    Plaintiff,

v.

CHRISTINE MOSCHETTI and
JOE STOMMEL,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Plaintiff's Motion to Amend Complaint (filed November 22, 2005; *doc. no. 17*) is **GRANTED**. The Clerk's Office is instructed to accept for filing Plaintiff's Amended Complaint to Previously Filed Complaint (*doc. no. 17-2*) tendered to the Court on November 22, 2005.

**DATED:**     November 30, 2005