IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, and
JOE STOMMEL,
    Defendants.

## ORDER

This civil action comes before the court on Rainge-El's "Amended Complaint to Previously Filed Complaint on 11-30-05 Jury Trial Demanded [sic]" (filed December 23, 2005) (docketed by the Clerk of the Court as Second Amended Complaint") (doc. # 23). Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." The court has reviewed the Second Amended Complaint, the entire case file, and the applicable law and is sufficiently advised in the premises.

A "party may amend the party's pleading **once** as a matter of course at any time before a responsive pleading is served. . . ." Fed. R. Civ. P. 15(a) (emphasis added). Here, no responsive pleading has yet been filed. *See* Fed. R. Civ. P. 7(a). However, Rainge-El filed his first Amended Complaint on November 30, 2005 (doc. # 21).

Thereafter, Rainge-El could amend "only by leave of court or by written consent of the adverse part[ies]." Fed. R. Civ. P. 15(a).  Rainge-El did not have leave to file his Second Amended Complaint.  Nevertheless, the court will permit the filing of Rainge-El's Second Amended Complaint.  Rainge-El may not file any further amendments without either leave of court or the written consent of the adverse parties.  Accordingly,

IT IS ORDERED that:

1. Range-El's Second Amended Complaint (doc. # 23) is accepted as filed on December 23, 2005.

2. **Rainge-El may not file any further amendments to his pleading without either leave of court or the written consent of the adverse parties pursuant to Fed. R. Civ. P. 15(a).**

DATED at Denver, Colorado, this 31st day of January, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge