IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI,
JOE STOMMEL,
HOYT BRILL,
DEANN POTTORFF, and
CORY CUMMINGS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2006

GREGORY C. LANGHAM
CLERK

---

ORDER GRANTING SERVICE OF SECOND AMENDED COMPLAINT
BY UNITED STATES MARSHAL

---

Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." .

On October 13, 2005, Rainge-El was granted leave to proceed *in forma pauperis* without prepayment of fees or pursuant to 28 U.S.C. § 1915. (*See* doc. # 5). Rainge-El's Second Amended Complaint (doc. # 23) was filed on December 23, 2005. Accordingly,

IT IS NOW ORDERED that the Clerk of the Court, where appropriate, shall attempt to obtain a waiver of service from the Defendants named in the Second Amended Complaint.[1] Rainge-El represents that the Defendants named in the Second Amended Complaint may be located as follows:

1

1. Christine Moschetti, Time Computation Administrator, C.D.O.C., 2862 South Circle Dr., Colo. Sprgs., Colo. 80906-4195;

2. Hoyt Brill, Warden, CCA/KCCC, P.O. Box 309, Burlington CO. 80807;

3. Deann Pottorff, Intel Officer, CCA/KCCC, P.O. Box 309, Burlington CO. 80807; and

4. Cory Cummings, Investigator, CCA/KCCC, P.O. Box 309, Burlington CO. 80807.

If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the Second Amended Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

It is further ORDERED that, after service of process on the Defendants, the Defendants or counsel for the Defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 2nd day of February, 2006.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

---

1. Joe Stommel has already been served and has entered an appearance in this action. (*See* docs. # 16 and # 29).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01831-PSF-CBS

Kenneth Rainge-El
Prisoner No. 87243
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

US Marshal Service
Service Clerk
Service forms for:  Christine Moschetti

Judy Fuhs
PO Box 309
Burlington, CO 80807
Service forms for: Hoyt Brill,
Deann Pottorff, and Cory Cummings

James Xavier Quinn
Office of the Attorney General
james.quinn@state.co.us

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuhs for process of service on Hoyt Brill, Deann Pottorff, Cory Cummings and to the US Marshal for Servcie on Christine Moschetti: SECOND AMENDED COMPLAINT FILED 12/23/05, SUMMONS, AND CONSENT FORM on 2/8/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk