IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI,
JOE STOMMEL,
HOYT BRILL,
DEANN POTTORFF, and
CORY CUMMINGS,
    Defendants.

_____

ORDER
_____

       This civil action comes before the court on Rainge-El's "Motion to Request Fiduciary Tax Estimate and the Fiduciary Tax Return for this Claim" (filed March 27, 2006) (doc. # 53). Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11) and the memorandum dated March 28, 2006 (doc. # 55), the motion was referred to the Magistrate Judge. The court has reviewed Rainge-El's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

       The court understands Rainge-El to be asking "who is making claims upon Claimant's ("Plaintiff") TDA account in requiring filing fees and monthly payment . . . ." On October 13, 2005, the court permitted Rainge-El to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Rainge-El was permitted to proceed with this civil action by paying an initial partial filing fee of $15.00 and was ordered to pay the remainder of the required $250.00 filing fee through monthly installments. (*See* October 13, 2005 Order (doc. # 5) at pp. 1-3). Title 28 U.S.C. §1915(b)(2) requires that a prisoner "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." Thus, the court ordered Rainge-El to "make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month

1

. . . why he has no assets and no means by which to make the monthly payment." (October 13, 2005 Order at p. 2). Rainge-El was warned that failure to comply with these requirements may result in dismissal of his complaint without further notice. (October 13, 2005 Order at pp. 2-3).

Since submitting his $15.00 initial partial filing fee on October 26, 2005 (*see* doc. # 6), Rainge-El has made partial filing fee payments on December 6, 2005 ($15.00), on January 11, 2006 ($10.00), on February 3, 2006 ($10.00), and on March 10, 2006 ($10.00), for a total partial filing fee payment of $60.00. Pursuant to 28 U.S.C. § 1915, Rainge-El must continue to make the required monthly payment of 20 percent of each month's income credited to his account or to show cause why he cannot make the required monthly payment by filing a current certified copy of his trust fund account statement until the $250.00 filing fee is paid in full.

Accordingly, based upon the explanation set forth here,

IT IS ORDERED that Rainge-El's "Motion to Request Fiduciary Tax Estimate and the Fiduciary Tax Return for this Claim" (filed March 27, 2006) (doc. # 53) is DENIED.

DATED at Denver, Colorado, this 28th day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge