IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI,
JOE STOMMEL,
HOYT BRILL,
DEANN POTTORFF, and
CORY CUMMINGS,
    Defendants.

_____

ORDER
_____

    This civil action comes before the court on Rainge-El's "Motion for Entry of Default" (filed April 17, 2006) (doc. # 62).  Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11) and the memoranda dated April 17, 2006 (docs. # 63 and # 64), the motion was referred to the Magistrate Judge.  The court has reviewed Rainge-El's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    On January 31, 2006, the court accepted Rainge-El's Second Amended Complaint for filing.  (*See* docs. # 23 and # 33).  The Second Amended Complaint names five Defendants.  On February 8, 2006, the court granted service of the Second Amended Complaint by the United States Marshal on Defendants Moschetti, Brill, Pottorff, and Cummings.  On March 30, 2006, Defendants Brill, Pottorff, and Cummings filed their Motion to Dismiss.  On April 11, 2006, the court afforded Rainge-El until May 1, 2006 to respond to Defendants Brill, Pottorff, and Cummings' Motion to Dismiss.

    Rainge-El seeks entry of default against Defendants Brill, Pottorff, and Cummings. Pursuant to Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

Here, Defendants Brill, Pottorff, and Cummings have "otherwise defend[ed]" by filing their motion to dismiss on March 30, 2006. Accordingly,

IT IS ORDERED that Range-El's "Motion for Entry of Default" (filed April 17, 2006) (doc. # 62) is DENIED.

DATED at Denver, Colorado, this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge