IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, et al.,
    Defendants.
_____

ORDER
_____

    This civil action comes before the court on Rainge-El's "Motion to Amend Entry of Default Filed April 12, 2006" (filed April 17, 2006) (doc. # 65). Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11) and the memorandum dated April 18, 2006 (doc. # 66), the motion was referred to the Magistrate Judge. Rainge-El alleges that he has not received a copy of the Motion to Dismiss filed by Defendants Brill, Pottorff, and Cummings on March 30, 2006 (doc. # 57). The court, having reviewed Rainge-El's Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, ORDERS that:

    1.    Counsel for Defendants Brill, Pottorff, and Cummings shall serve an additional copy of their Motion to Dismiss (doc. # 57) on Rainge-El **on or before April 21, 2006**.

    2.    **On or before May 12, 2006**, Rainge-El shall file his response to the Motion to Dismiss filed by Defendants Brill, Pottorff, and Cummings.

    3.    Defendants may file their reply within 15 days after the filing date of the response, in accordance with D.C. COLO. LCivR 7.1 C.

    4.    Rainge-El's "Motion to Amend Entry of Default Filed April 12, 2006" (filed April 17, 2006) (doc. # 65) is DENIED.

DATED at Denver, Colorado, this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge