IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, et al.,
    Defendants.
_____

ORDER
_____

This civil action comes before the court on Rainge-El's "Motion for Acceptance on Order on Magistrate Judge's Recommendation Dated June 6, 2006" (filed July 17, 2006) (doc. # 82).  Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11) and the memorandum dated July 17, 2006 (doc. # 83), the motion was referred to the Magistrate Judge.

Rainge-El states that he "agrees and accepts the Court's Order in full, categorically." (*See* Motion at p. 2).  The only relief Rainge-El appears to seek is the setting of a scheduling conference. (*See* Motion at p. 5).  The court, having reviewed Rainge-El's Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, ORDERS that:

1.    Rainge-El's "Motion for Acceptance on Order on Magistrate Judge's Recommendation Dated June 6, 2006" (filed July 17, 2006) (doc. # 82) is DENIED as unnecessary in the form of a motion.  Rainge-El's statements contained in the Motion are nevertheless acknowledged and have been filed with the court.

2.    In a subsequent minute order, the court will set a preliminary scheduling and planning conference on the claims remaining in the case.

DATED at Denver, Colorado, this 24th day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge