IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, et al.,
    Defendants.

___

ORDER
___

This civil action comes before the court on Rainge-El's "Reply to Minute Order Dated July 24, 2006" (filed August 14, 2006) (doc. # 88), addressing the Preliminary Scheduling Conference set on September 12, 2006. Rainge-El asks: (1) that the court call his case manager at the time of the conference, and (2) whether the conference will be open to the public. The court having reviewed Rainge-El's Reply, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that:

1. Rainge-El's request that the court telephone his case manager at the time of the conference is DENIED. It is Rainge-El's responsibility to contact the court to participate in this litigation.

2. In order to avoid conflicts with parole hearings scheduled on September 12, 2006, the Preliminary Scheduling Conference is hereby **reset to Monday October 2, 2006 at 8:30 a.m.** in Courtroom A402, Fourth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The conference will be held in open court, open to the public.

The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLO. L.CivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. Rainge-El or his case manager shall arrange for his participation via

telephone and shall call (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 15th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge