IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Rainge-El's "Motion for an Order Compelling Discovery for Production of Documents upon Defendants Brill, Pottorf and Cummings Pursuant to Rule 37(a)(2), F.R.C.P. [sic]" (filed January 3, 2007) (doc. # 105). Pursuant to the Order of Reference dated November 9, 2006 (doc. # 11) and the memorandum dated January 5, 2007 (doc. # 107), this matter was referred to the Magistrate Judge. The court has reviewed Rainge-El's Motion, Defendants' Response (filed January 4, 2007) (doc. # 106), the entire case file, and the applicable law and is sufficiently advised in the premises.

    Rainge-El submitted his discovery requests on November 3, 2006. On December 6, 2006, Defendants requested an extension of time to December 27, 2006 to respond to Rainge-El's discovery requests. On December 7, 2006, the court granted Defendants' requested extension of time.

    On December 27, 2006, Defendants requested an additional extension of time to January 3, 2007 to respond to Plaintiff's discovery requests. On January 2, 2007, the court granted Defendants' request for an extension of time to January 3, 2007. On January 3, 2007, Defendants served via the United States mail their responses to Plaintiff's discovery requests. The court concludes that Rainge-El will have "ample time

to examine all documents . . . within the time schedule for discovery of January 31, 2007." (*See* Rainge-El's Motion at p. 3).  Accordingly,

IT IS ORDERED that Rainge-El's "Motion for an Order Compelling Discovery for Production of Documents upon Defendants Brill, Pottorf and Cummings Pursuant to Rule 37(a)(2), F.R.C.P. [sic]" (filed January 3, 2007) (doc. # 105) is DENIED as unnecessary.

DATED at Denver, Colorado, this 8th day of January, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge