IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' "Motion to Allow Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2) and Motion for Extension of Discovery and Dispositive Motions Deadlines" (filed January 26, 2007) (doc. # 109).  Pursuant to the Order of Reference dated November 9, 2005 (doc. # 11) and the memorandum dated January 26, 2007 (doc. # 110), the motion was referred to the Magistrate Judge.  The court having reviewed the Motions, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Defendants' "Motion to Allow Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2) . . ." (filed January 26, 2007) (doc. # 109) is GRANTED.

    2.    Defendants' ". . . Motion for Extension of Discovery and Dispositive Motions Deadlines" (filed January 26, 2007) (doc. # 109) is GRANTED.

    a.    **The discovery cutoff is extended to February 28, 2007** solely for the purpose of conducting the deposition of Plaintiff.

    b.    **The dispositive motion deadline is extended to March 31, 2007**.

DATED at Denver, Colorado, this 29th day of January, 2007.

                BY THE COURT:

                 s/Craig B. Shaffer
                United States Magistrate Judge