IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01831-PSF-CBS

KENNETH RAINGE-EL,
    Plaintiff,
v.

CHRISTINE MOSCHETTI, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Response to Order to Make Monthly Filing Fee Payment or to Show Cause" (filed October 1, 2007) (doc. # 136). Mr. Rainge-El has submitted a receipt for his $40.00 final payment toward his filing fee. (*See* doc. # 136 at p. 3 of 3 (Receipt No. COX003199 in Case No. 05-cv-01831 dated 08/03/2007 by Clerk: sg)). The court now being sufficiently advised in the premises,

    IT IS ORDERED that the court's "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (filed September 25, 2007) (doc. # 135) is hereby DISCHARGED, as Mr. Rainge-El has paid his filing fee in full.

    DATED at Denver, Colorado, this 3rd day of October, 2007.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge